**FINANCIAL STATEMENT**
**NET WORTH**

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debt, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 76 | 316 | Notes payable to banks - secured | | | |
| U.S. Government securities - add schedule | | | | Notes payable to banks - unsecured | | | |
| Listed securities - add schedule | | | | Notes payable to relatives | | | |
| Unlisted securities - add schedule (1) | | 149 | 222 | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | | |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | | | Other unpaid tax and interest | | | |
| Doubtful | | | | Real estate mortgages payable add schedule (2) | | 64 | 795 |
| Real estate owned - add schedule (2) | | 156 | 000 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts - itemize: | | | |
| Autos and other personal property | | 22 | 000 | | | | |
| Cash value - life insurance | | 2 | 000 | | | | |
| Other assets - itemize: | | | | | | | |
| HR-10 Retirement Fund | | 167 | 132 | | | | |
| Robinson & Cole Building | | 1 | 824 | | | | |
| Equity | | | | Total liabilities | | 64 | 795 |
| | | | | Net worth | | 509 | 699 |
| Total assets | | 574 | 494 | Total liabilities and net worth | | 574 | 494 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor (3) | See | note | | Are any assets pledged? (Add schedule). | | No | |
| On leases or contracts | | No | | Are you defendant in any suits of legal actions? | | No | |
| Legal Claims | | No | | Have you ever taken bankruptcy? | | No | |
| Provision for Federal Income Tax | | No | | | | | |
| Other special debt (3) | See | note | | | | | |

24

**888**

Footnotes

(1) Franklin Connecticut Tax-Free Income Fund

(2) Residence at 870 Windsor Avenue, Windsor, CT;
Mortgage in favor of Shawmut Mortgage Corporation

(3) All partners of Robinson & Cole, which is a Connecticut general
partnership, are contingently liable for its debts. The most
significant debt is a note to Travelers Corporation, the proceeds of
which were used to purchase our office space in 1984; the partners are
jointly and severally liable in this note, but I will be released from
this contingent obligation.

24.A

Digitized by Google

AO-10
Rev. 1/90 # FINANCIAL DISCLOSURE REPORT

Report Required by the Ethics Reform Act of 1989, Pub. L. No. 101-194, November 30, 1989 (5 U.S.C.A. App. 6, §§101-111)

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Thompson, Alvin W. | United States District Court for the District of Connecticut | 9/14/94 |
| 4. Title (Article III judges indicate active or senior status; Magistrate judges indicate full- or part-time) District Judge (nominee) | 5. Report Type (check appropriate type) X Nomination, Date 9/14/94 ___ Initial ___ Annual ___ Final | 6. Reporting Period January 1, 1993 to August 31, 1994 |
| 7. Chambers or Office Address c/o Robinson & Cole One Commercial Plaza Hartford, CT 06103 | 8. On the basis of the information contained in this Report, it is, in my opinion, in compliance with applicable laws and regulations ___ Reviewing Officer Signature ___ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 7-8 of Instructions.)

POSITION        NAME OF ORGANIZATION/ENTITY

☐ NONE (No reportable positions)

| Partner | Robinson & Cole |
|---|---|
| Member, Board of Directors | Bankers Trust Company Connecticut, Ltd |

Continued on Attachment I.

## II. AGREEMENTS. (Reporting individual only; see p. 8-9 of Instructions.)

DATE        PARTIES AND TERMS

☐ NONE (No reportable agreements)

| (Unwritten) | See Attachment II re distribution of law firm profits. |
|---|---|
| 1/1/68, as amended | Robinson & Cole Retirement Plan -- I will continue to have money in the plan for an undetermined period of time. |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 9-12 of Instructions.)

| DATE (Honoraria only) | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1992 | Robinson & Cole -- compensation as a partner in a law firm | $206,220 |
| 1993 | Robinson & Cole -- compensation as a partner in a law firm | $171,738 |
| 1994 | Robinson & Cole -- compensation as a partner in a law firm | $ 81,780 |
| 1992, 1993 and 1994 | Schooner, Inc. -- compensation as a part-time teacher (S) | $ |
| | | $ |

☐ NONE (No reportable non-investment income)

25

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>Alvin W. Thompson | Date of Report<br>9/14/94 |
|---|---|---|

## IV. REIMBURSEMENTS and GIFTS – transportation, lodging, food, entertainment.
(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements and gifts received by spouse and dependent children, respectively. See pp.13-15 of Instructions.)

| SOURCE | DESCRIPTION |
|---|---|
| NONE (No such reportable reimbursements or gifts) | |
| Exempt | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

## V. OTHER GIFTS. (Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate other gifts received by spouse and dependent children, respectively. See pp.15-16 of Instructions.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| NONE (No such reportable gifts) | | |
| Exempt | | $ |
| | | $ |
| | | $ |
| | | $ |

## VI. LIABILITIES. (Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp.15-19 of Instructions.)

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| X  NONE (No reportable liabilities) | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

* VALUE CODES: J = $15,000 or less, K = $15,001 to $50,000, L = $50,001 to $100,000, M = $100,001 to $250,000
N = $250,001 to $500,000, O = $500,001 to $1,000,000, P = More than $1,000,000

25.A

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>Alvin W. Thompson | Date of Report<br>9/14/94 |
|---|---|---|

## VII. INVESTMENTS and TRUSTS – income, value, transactions. (Includes those of spouse and dependent children; see pp. 18-27 of Instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Indicate, where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child.<br><br>Place "(X)" after each asset exempt from prior disclosure. | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amt.<br>Code<br>(A-H) | (2)<br>Type<br>(e.g.,<br>div.,<br>rent or<br>int.) | (1)<br>Value<br>Code<br>(J-P) | (2)<br>Value<br>Method<br>Code<br>(Q-W) | (1)<br>Type<br>(e.g.,<br>buy, sell,<br>merger,<br>redemp-<br>tion) | (2)<br>Date:<br>Month-<br>Day | If not exempt from disclosure | | |
| | | | | | | | (3)<br>Value<br>Code<br>(J-P) | (4)<br>Gain<br>Code<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1 HR-10 Retirement Plan, Shawmut Bank, Hartford, CT | D | Div. | M | T | Exempt | | | | → |
| 2 Franklin Connecticut Tax-Free Income Fund, San Mateo, CA | D | Int. | M | T | Exempt | | | | → |
| 3 Checking/Savings Accounts – Fleet Bank, Windsor, CT | C | Int. | L | T | Exempt | | | | → |
| 4 Checking/Savings Accounts – Bank of Boston Connecticut | B | Int. | K | T | Exempt | | | | |
| 5 Hartford, CT | | | | | | | | | |
| 6 Interest as a partner in real estate owned and | A | Equity | J | Q | Exempt | | | | → |
| 7 occupied by Robinson & Cole at One Commercial Plaza, | | | | | | | | | |
| 8 Hartford, CT | | | | | | | | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |
| 18 | | | | | | | | | |
| 19 | | | | | | | | | |
| 20 | | | | | | | | | |

| 1 Income/Gain Codes: | A=$1,000 or less | B=$1,001 to $2,500 | C=$2,501 to 5,000 | D=$5,001 to $15,000 |
|---|---|---|---|---|
| (See Col. B1 & D4) | E=$15,001 to $50,000 | F=$50,001 to $100,000 | G=$100,001 to $1,000,000 | H=More than $1,000,000 |
| 2 Value Codes: | J=$15,000 or less | K=$15,001 to $50,000 | L=$50,001 to $100,000 | M=$100,001 to $250,000 |
| (See Col. C1 & D3) | N=$250,001 to $500,000 | O=$500,001 to $1,000,000 | P=More than $1,000,000 | |
| 3 Value Method Codes: | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
| (See Col. C2) | U=Book Value | V=Other | W=Estimated | |

25.B

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>Alvin W. Thompson | Date of Report:<br>9/14/94 |
|---|---|---|

## VIII. ADDITIONAL INFORMATION or EXPLANATIONS. (Indicate part of Report.)

Part III - I am a member of the Board of Directors of Bankers Trust Company

Connecticut, Ltd. This company pays fees to outside members of its

Board of Directors. All fees paid to me for service on this board are

turned over to Robinson & Cole. I intend to resign from this board.

Part VI - As a partner in the law firm of Robinson & Cole, which is a

Connecticut general partnership, I am contingently liable for

the debts of the partnership.

## IX. CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C.A. app. 7, § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____Al___w Thogy~_____      Date _September 14, 1994_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C.A. APP. 6, § 104, AND 18 U.S.C. § 1001.)

---

**FILING INSTRUCTIONS:**

Mail signed original and 3 additional copies to:      Judicial Ethics Committee
Administrative Office of the
United States Courts
Washington, DC 20544

---

25.C

Digitized by Google